Ketan S. Vakil (#191043)
kvakil@swlaw.com
Jeffrey M. Singletary (#233528)
jsingletary@swlaw.com
Anthony J. Carucci (#301923)
acarucci@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Plaintiff
Prestige Autotech Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTIGE AUTOTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TIRE & WHEEL MASTER, INC., dba TIRE & WHEEL MASTER WHOLESALE DISTRIBUTOR; TIRE & WHEEL MASTER, LLC, dba TIRE & WHEEL MASTER WHOLESALE DISTRIBUTOR; and USA WHEEL & TIRE OUTLET, INC.,<br><br>Defendants. | Case No. 2:16-cv-01367-MCE-CKD<br><br>The Honorable Morrison C. England, Jr., Ctrm. 7<br><br>**Order re Stipulation of Dismissal Without Prejudice**<br><br>Trial Date: No Date Set<br>Initial Complaint Filed: June 20, 2016 |

The Court, having considered the parties' Stipulation of Dismissal Without Prejudice (ECF No. 16), and good cause appearing, hereby dismisses Plaintiff Prestige Autotech Corporation's complaint against defendants Tire & Wheel Master, Inc., Tire & Wheel Master, LLC, and USA Wheel & Tire Outlet, Inc., in its entirety and without prejudice, with each party to bear its own fees and costs. The matter having now been concluded, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE